JACOB M. BIERMAN v. FRANK BARBIERI.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and Proskauer, JJ.

CHARLOTTE D. STEELE v. YELLOW TAXI CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

RAY GROSSMAN v. ABRAHAM GROSSMAN.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AMERICAN UNION LINE, INC., v. ORIENTAL NAVIGATION CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and Proskauer, JJ.

THOMAS J. DUGGAN and Another v. HERBERT LUBBIN, Also Known as HERBERT LUBIN and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CLARENCE FAY v. " BENJAMIN " W. LOUGHEED, the Name " Benjamin " Being Fictitious, etc.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SPENCER WATERS v. MARGARET A. HALL, Formerly MARGARET A. HUNTINGTON, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALEXANDER R. PEACOCK v. WILLIAM L. GANZEL.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDWARD F. QUIRKE v. FIDELITY TRUST COMPANY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LADZIN & WEINBERG, INC., v. SOL SILVERSTEIN.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.